IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:12-cv-00012 |
| | ) | |
| WESLEY D. BOWDEN, et al., | ) | Judge Sharp |
| | ) | Referred to Judge Bryant |
| Defendants. | ) | |
| | ) | |

**ORDER**

UPON CONSIDERATION of the Plaintiff United States' Motion to Continue Trial Date, the entire record herein, and for good cause shown, it is:

ORDERED that the motion is GRANTED and that the trial date is rescheduled for 5i [ i gh%ž&§% ̄Uh-.$$ ̄U'a "ÜbX'h ̄YZjbU ̄dfYlf]U ̄WbZfYbWfYgWYXi ̀YX ̄Zcf ›i ̀m&&ž&§% ̄Uh&'$ ̄d"a "to be held at the U.S. District Court for the Middle District of Tennessee, located at 801 Broadway, Nashville, TN 37203.

Signed this %, h ̀XLi ̀mcZ8 ̄YWa V ̄Yfž&§%&"

_____
Kevin H. Sharp

**End of Order.**