UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff ) | |
| v. ) | NO. 2:12-0012 |
| ) | Judge Sharp/Bryant |
| WESLEY D. BOWDEN, et al., ) | |
| Defendants ) | |

## O R D E R

Defendant Wesley Bowden, who is proceeding *pro se*, has filed his Petition to Produce Verified Copy of Debt (Docket Entry No. 82). By this filing, Defendant Bowden seeks an order requiring Plaintiff to produce a verified copy of the debt that Defendant Bowden allegedly owes.

It appears from the record that the United States has filed in this case a copy of the final judgment entered on December 18, 2012, in the case of *United States v. Wesley D. Bowden and Betty S. Bowden*, Civil Action No. 3:12-CV-446-B in the United States District Court for the Northern District of Texas. This filing awarded judgment against Defendant Bowden in the amount of $1,461,938.60 as of January 9, 2012, plus interest and other additions allowed by law accruing thereafter until paid (Docket Entry No. 66-15). In light of this filing, the undersigned Magistrate Judge finds that Defendant Bowden's Petition to Produce Verified Copy of Debt lacks merit and is, therefore, **DENIED**.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge