CLERK, U.S. DISTRICT COURT
800 U.S. COURTHOUSE
NASHVILLE, TENNESSEE 37203

OFFICIAL BUSINESS

7011 1570 0001 3033 6709

CERTIFIED MAIL

Ralph K. Evans
5202 Honow Bend Lane
Garland, TX 75043

NIXIE   750  4E  1009       7007/26/13
        RETURN TO SENDER
        REFUSED
        UNABLE TO FORWARD

BC: 37203
*2459-06968-03-37*

RECEIVED
IN CLERK'S OFFICE
JUL 31
U.S. DISTRICT COURT
MID DIST TENN

neopost
$06.110
Mailed From 37203
07/03/2013
US POSTAGE
049J8203619T

[S] DISTRICT COURT
[D]ISTRICT OF TENNESSEE
[EAST]ERN DIVISION

)
)
)
)
)   NO. 2:12-0012
)   Judge Sharp/Bryant
)
)
)
)

[OR]DER

[Defendant] Bowden has filed his "Petition [for Reconsideratio]n" (Docket Entry No. 85). Insofar [as the Magistrate] Judge is able to understand, this [motion seeks] the Court's previous order denying [his request to all]ow Ralph Evans to sell four parcels [of property (DE 7]7). Beyond this understanding of [the motion, how]ever, the remainder of his motion is [unclear. The] undersigned Magistrate Judge finds [no basis to g]rant the relief that defendant Bowden [seeks. Therefore], his motion for reconsideration is [DENIED.]

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge