IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

RECEIVED
IN CLERK'S OFFICE
SEP 23 2013
U.S. DISTRICT COURT
MID. DIST. TENN.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 2:12-cv-0012 |
| | ) | |
| WESLEY D. BOWDEN, et al., | ) | Judge Sharp |
| | ) | |
| Defendants. | ) | |

Wesley Bowden-living soul
**Betty Bowden-living soul**

## Judicial Notice

The people of America are sovereign to the corporate United States Government.

Where does the government of the United States lawfully acquire its authority and jurisdiction? Its statues are for its employees. All law moves by contract.

When are employees of the government going to abide by the contracts that the sovereigns have made with the government, which is the only area that the government has jurisdiction and authority. If the sovereign has made no contracts with the government of the United States, the United States government has no jurisdiction or authority. If the Sovereign has made a contract then the Sovereign has a right to trial pursuant to the Seventh (7th) amendment of the "Bill of Rights".

Please produce the contracts of Wesley David: family of Bowden made to the United States.

Enclosed are three documents:

**Bankruptcy Of The United States.**

**Judge Dale S=IACT SOVEREIGN IMMUNITY ACT**

  **NH to reinstate original 13th amendment**

Wes Bowden, Executor
Estate of WESLEY DAVID BOWDEN

*[signature: Wes Bowden]*

*[signature: Betty Bowden]*
Betty Bowden, Executor
Estate of BETTY SUZANNE BOWDEN

CERTIFICATE OF SERVICE

I certify that on September 18th 2013 I mailed by first class mail to the court in Tennessee and to Andrew Strelka.

*[signature: Wes Bowden]*
Wes Bowden, Executor
Estate of WESLEY DAVID BOWDEN



# The United States
# is
# BANKRUPT

by John Nelson

RECEIVED
IN CLERK'S OFFICE
SEP 2 3 2013
U.S. DISTRICT COURT
MID. DIST. TENN.

---

RE: SENATE REPORT NO. 93-549, Etc.

---

The United States went "Bankrupt" in 1933 and was declared so by President Roosevelt by Executive Orders 6073, 6102, 6111 and Executive Order 6260, [See: Senate Report 93-549, pgs. 187 & 594 under the "Trading With The Enemy Act" [Sixty-Fifth Congress, Sess. I, Chs. 105, 106, October 6, 1917], and as codified at 12 U.S.C.A. 95a. The several States of the Union then pledged the faith and credit thereof to the aid of the National Government, and formed numerous socialist committees, such as the "Council Of State Governments," "Social Security Administration" etc., to purportedly deal with the economic "Emergency." These Organizations operated under the "Declaration Of INTERdependence" of January 22, 193, and published some of their activities in "The Book Of The States." The 1937 Edition of The Book Of The States openly declared that the people engaged in such activities as the Farming/Husbandry Industry had been reduced to mere feudal "Tenants" on their Land. [Book Of The States, 1937, pg. 155] This of course was compounded by such activities as price fixing wheat and grains [7 U.S.C.A. 1903], quota regulation I7 U.S.C.A. 1371], and livestock products [7 U.S.C.A. 1903], which have been held consistently below the costs of production; interest on loans and inflation of the paper "Bills of Credit"; leaving the food producers and others in a state of peonage and involuntary servitude, constituting the taking of private property, for the benefit and use of others, without just compensation.

> Note: The Council Of State Governments has now been absorbed into such things as the "National Conference Of Commissioners On Uniform State Laws," whose Headquarter's Office is located at 676 North Street, Clair Street, Suite 1700, Chicago, Illinois 60611, and "all" being "members of the Bar," and operating under a different "Constitution And By-Laws" has promulgated, lobbied for, passed, adjudicated and ordered the implementation and execution of their purported statutory provisions, to "help implement international treaties of the United States or where world uniformity would be desirable." [See: 1990/91 Reference Book, National Council Of Commissioners On Uniform State Laws, pg. 2] This is apparently what Robert Dork meant when he wrote "we are

governed not by law or elected representatives but by an unelected, unrepresentative, unaccountable committee of lawyers applying no will but their own." [See: The Tempting Of America. Robert H. Bork. pg. 130]

The United States thereafter entered the second World War during which time the "League of Nations" was reinstituted under pretense of the "United Nations" and the "Bretton Woods Agreement." [See: 60 Stat. 1401] The United States as a corporate body politic (artificial), came out of World War II in worse economic shape than when it entered, and in 1950 declared Bankruptcy and "Reorganization." The Reorganization is located in Title 5 of United States Codes Annotated. The "Explanation" at the beginning of 5 U.S.C.A. is most informative reading. The "Secretary of Treasury" was appointed as the "Receiver" in Bankruptcy. [See: Reorganization Plan No. 26. 5 U.S.C.A. 903. Public Law 94-564, Legislative History, pg. 5967] The United States went down the road and periodically filed for further Reorganization. Things and situations worsened, having done what they were Commanded NOT to do, [See: Madison's Notes, Constitutional Convention, August 16, 1787, Federalist Papers No. 44 and in 1965 passed the "Coinage Act of 1965" completely debasing the Constitutional Coin (gold & silver i.e. Dollar)]. [See: 18 U.S.C.A. 331 & 332, U.S. vs. Marigold, 50 U.S. 560, 13 L. Ed. 257] At the signing of the Coinage Act on July 23, 1965, Lyndon B. Johnson stated in his Press Release that:

> "When I have signed this bill before me, we will have made the first fundamental change in our coinage in 173 years. The Coinage Act of 1965 supersedes the Act of 1792. And that Act had the title: An Act Establishing a Mint and Regulating the Coinage of the United States ..."
>
> "Now I will sign this bill to make the first change in our coinage system since the 18th Century. To those members of Congress, who are here on this historic occasion, I want to assure you that in making this change from the 18th Century we have no idea of returning to it."

It is important to take cognizance of the fact that NO Constitutional Amendment was ever obtained to FUNDAMENTALLY "CHANGE," amend, abridge, or abolish the Constitutional mandates, provisions, or prohibitions, but due to internal and external diversions surrounding the Viet Nam War, etc., the usurpation and breach went basically unchallenged and unnoticed by the general public at large, who became "a wealthy man's cannon fodder or cheap source of slave labor." [See: Silent Weapons For Quiet Wars, TM-SW7905.1, pgs. 6, 7, 8, 9, 12, 13 and 56] Congress was clearly delegated the Power and Authority to regulate and maintain the true and inherent "value" of the Coin within the scope and purview of Article I, Section 8, Clauses 5 & 6 and Article I, Section 10, Clause 1, of the ordained Constitution (1787), and further, under a corresponding duty and obligation to maintain said gold and silver Coin and Foreign Coin at and within the necessary and proper "equal weights and measures" clause. [See also: Bible, Deuteronomy, Chapter 25, verses 13 through 16, Public Law 97-289, 96 Stat. 1211]

Those exercising the Offices of the several States, in equal measure, knew such "De Facto Transitions" were unlawful and unauthorized, but sanctioned, implemented and enforced the complete debauchment and the resulting "governmental, social, industrial economic change" in the "De Jure" States and in United States of America [See: Public Law 94-564, Legislative History, pg. 5936, 5945, 31 U.S.C.A. 314, 31 U.S.C.A. 321, 31 U.S.C.A. 5112, C. (Colorado) R.S. 11-61-101, C.R.S. 39-22-103.5 and C.R.S. 18-11-203, and were and are *now* under the delusion that they can do both directly and indirectly what they were absolutely prohibited from doing. [See also, Federalist Papers No. 44, Craig vs. Missouri, 4 Peters 903]

In 1966, Congress being severely compromised, passed the "Federal Tax Lien Act of 1966, *by* which

the entire taxing and monetary system i.e. "Essential Engine" [See: Federalist Papers No. 31] was placed under the Uniform Commercial Code. [See: Public Law 89-719, Legislative History, pg. 3722, also see: C. (Colorado) R.S. 5-1-106] The Uniform Commercial Code was, of course, promulgated by the National Conferences Of Commissioners On Uniform State Laws in collusion with the American Law Institute for the "banking and business interests." [See: Handbook Of The National Conference Of Commissioners On Uniform State Laws, (1966) Ed. pgs, 152 & 153] The United States being engaged in numerous U.N. conflicts, including the Korean and the Viet Nam conflicts, which were under the direction of the United Nations [See: 22 U.S.C.A. 287d], and agreeing to foot the bill [See: 22 U.S.C.A. 287j], and not being able to honor their obligations and rehypothecated debt credit, openly and publicly dishonored and disavowed their "Notes" and "obligations" [12 U.S.C.A. 411] i.e. "Federal Reserve Notes" through Public Law 90-262, Section 2, 82 Stat. 50 (1968) to wit:

> "Sec. 2. The first sentence of section 15 of the Federal Reserve Act (12 U.S.C. 391) is amended by striking 'and the funds provided in this Act for the redemption of Federal Reserve notes'."

Things steadily grew worse and on March 28, 1970; President Nixon issued Proclamation No. 3972, declaring an "emergency" because the Postal Employees struck against the de facto government(?) for higher pay, due to inflation of the paper "Bills of Credit." [See: Senate Report No. 93-549. pg. 596] Nixon placed the U.S. Postal Department under control of the "Department of Defense." [See: Department Of The Army Field Manual. FM 41-10 (1969 ed.)]

> "'The System has been faltering for a decade, but the bench mark date of the collapse is put at August 15, 1971. On this day, President Nixon reversed U.S. international monetary policy by officially declaring the non-convertibility of the U.S. dollar [F.R.N.] into gold." [See: Public Law 94-564, Legislative History, pg. 5937 & Senate Report No. 93-549, Foreword, pg. III. Proclamation No. 4074, pg. 597, 31 U.S.C.A. 314 & 31 U.S.C.A. 5112]

On September 21, 1973. Congress passed Public Law 93-110, amending the Bretton Woods Par Value Modification Act, 82 Stat. 116, [31 U.S.C.A. 412], and reiterated the "Emergency," [12 U.S.C.A. 95a], and Section 8 of the Bretton Woods Agreements Act of 1945 [22 U.S.C.A. 286f], and which included "reports of foreign currency transactions." [Also see: Executive Order No. 10033] This Act further declared in Section 2(b) that:

> "No provision of any law in effect on the date of enactment of this Act, and no rule, regulation, or order under authority of any such law, may be construed to prohibit any person from purchasing, holding, selling, or otherwise dealing with gold."

On January 19, 1976, Marjorie S. Holt noted for the record, a second "Declaration Of INTERdependence" and clearly identified the U.N. as a "Communist" organization, and that they were seeking both production and monetary control over the Union and the People through International Organization promoting the "One World Order," [8 U.S.C.A. 1101(40)] also see [50 U.S.C.A. 781 & 783]

The social/economic situation worsened as noted in the Complaint/Petition filed in the U.S. Court of Claims, Docket No. 41-76, on February 11, 1976, by 44 Federal Judges. [Atkins et al. vs. U.S.] Atkins et al. complained that "As a result of inflation, the compensation of federal judges has been substantially diminished each year since 1969, causing direct and continuing monetary harm to plaintiffs ... the real value of the dollar decreased by approximately 34.5 percent from March 15th, 1969 to October 1, 1975. As a result, plaintiffs have suffered an unconstitutional deprivation of earnings," and

in the prayer for relief claimed "damages for the constitutional violations enumerated above, measured as the diminution of his earnings for the entire period since March 9, 1969." It is quite apparent that the persons holding and enjoying Offices of Public Trust, Honor and for Profit knew of the emergency emergent problem and sought protection for themselves, to the damage and injury of the People and Children, who were classified as "a club that has many other members" who "have no remedy." And knowing that "heinous" acts had been committed, stated that they [judges/lawyers] would not apply the Law, nor would any substantive remedy be applied ("checked more or less, but never stopped) "until all of us [judges] are dead." Such persons Fraudulently swore an Oath to uphold, defend and preserve the sovereignty of the Nation and several Republican States of the Union, and breached the Duty to protect the People/Citizens and their Posterity from fraud, imposition, avarice and stealthy encroachment. [See: Atkins et al. vs. U.S., 556 F.2d 1028, pg. 1072, 1074, The Tempting Of America, supra, pgs. 155-159, also see: 5 U.S.C.A. 5305 & 5335, Senate Report No. 93-549, pgs. 69-71, C. (Colorado) R.S. 24-75-101] This is verified in Public Law 94-564, Legislative History, pg. 5944, which states:

> "Moving to a floating exchange rate for international commerce means private enterprise and not central governments bear the risk of currency fluctuations."

Numerous serious debates were held in Congress, including but not limited to, Tuesday, July 27, 1976 [See: Congressional Record - House, July 27, 1976] concerning the International Financial Institutions and their operations. Representative, Ron Paul, Chairman of the House Banking Committee, made numerous references to the true practices of the "International" financial institutions, including but not limited to, the conversion of 27,000.000 (27 million) in gold, contributed by the United States as part of its "quota obligations," which the International Monetary Fund (Governor-Secretary of Treasury) sold [See: Public Law 94-564, Legislative History, pg. 5945 & 5946] under some very questionable terms and concessions. [Also see: The Ron Paul Money Book, (1991), by Ron Paul, Plantation Publishing, 837 W. Plantation, Clute, Texas 77531]

On October 28, 1977 the passage of Public Law 95-147, [91 Stat. 1227] declared most banking institutions, including State banks, to be under direction and control of the corporate "Governor" of the International Monetary Fund [See: Public Law 94-564, Legislative History, pg. 5942, United States Government Manual 1990/91, pgs. 480-481]. The Act further declared that:

> "(2) Section 10(a) of the Gold Reserve Act of 1934 (31 U.S.C. 822a(b)) is amended by striking out the phrase 'stabilizing the exchange value of the dollar' ... "

> " (c) The joint resolution entitled' Joint resolution to assure uniform value to the coins and currencies of the United States', approved June 5, 1933 (31 U.S.C. 463) shall not apply to obligations issued on or after the date of enactment of this section."

The United States, as Corporator, [22 U.S.C.A. 286e, et seq.] and "State" [C. (Colorado) R.S. 24-36-104, C.R. S. 24-60-1301(h)] had declared "Insolvency." [See: 26 I.R.C. 165(g)(1), U.C.C. 1-201(23), C.R.S. 39-22-103.5, Westfall vs. Braley, 10 Ohio 188, 75 Am. Dec. 509, Adams vs. Richardson, 337 S.W.2d 911 Ward vs. Smith, 7 Wall 447] A permanent state of "Emergency" was instituted, formed and erected within the Union through the contrivances, fraud, and avarice of the International Financial Institutions, Organizations, Corporations and Associations, including the Federal Reserve, their "fiscal and depository agent." [22 U.S.C.A. 286d] This has lead to such "Emergency" legislation is the "Public Debt Limit- Balance Budget And Emergency Deficit Control Act of 1985," Public Law 99-177, etc.

The government, by becoming a corporator, [See: 22 U.S.C.A. 286(e)] lays down its sovereignty and

takes on that of a private citizen. It can exercise no power which is not derived form the corporate charter. [See: The Bank of the United States vs. Planters Bank of Georgia, 6 L.Ed. (9 Wheat) 244, U.S. vs. Burr, 309 U.S. 242] The real party of interest is not the de jure "United States of America" or "State," but "The Bank" and "The Fund." [22 U.S.C.A. 286, et seq., C. (Colordo) R.S. 11-60- 103] The acts committed under fraud, force, and seizures are many times done under "Letters of Marque and Reprisal" i.e. "recapture." [See: 31 U.S.C.A. 5323] Such principles as "Fraud and Justice never dwell together" [Wingate's Maxims 680], and "A right of action cannot arise out of fraud." [Broom's Maxims 297, 729; Cowper's Reports 343; 5 Scott's New Reports 558; 10 Mass. 276; 38 Fed. 800,] And do not rightfully contemplate the thought concept, as "Due Process," "Just Compensation" and Justice itself. Honor is earned by honesty and integrity, not under false and fraudulent pretenses, nor will the color of the cloth one wears cover-up the usurpations, lies, trickery, and deceits. When Black is fraudulently declared to be White, not all will live in darkness. As astutely observed by Will Rogers, "there are men running governments who shouldn't be allowed to play with matches," and is as applicable today as Jesus' statements about Lawyers.

The contrived "emergency" has created numerous abuses and usurpations, and abridgments of delegated Powers and Authority. As stated in Senate Report 93-549:

> "These proclamations give force to 470 provisions of Federal law. These hundreds of statutes delegate to the President extraordinary powers, ordinarily exercised by the Congress, which affect the lives of American citizens in a host of all-encompassing manners. This vast range of powers, taken together, confer enough authority to rule the country without reference to normal constitutional process.
>
> "Under the powers delegated by these statutes, the President may; seize property; organize and control the means of production; seize commodities; assign military forces abroad; institute martial law; seize and control all transportation and communication; regulate the operation of private enterprise; restrict travel; and in a plethora of particular ways, control the lives of all American citizens." [See: Foreword, pg. III]

The "Introduction," on page 1, begins with a phenomenal declaration, to wit:

> "A majority of the people of the United States have lived all of their lives under emergency rule. For 40 years, freedoms and governmental procedures guaranteed by the Constitution have in varying degrees been abridged by laws brought into force by states of national emergency ..."

According to the research done in 16 American Jurisprudence, 2nd Edition, Sections 71 and 82, no "emergency" justifies a violation of any Constitutional provision. Arguendo, "Supremacy Clause" and "Separation of Powers," it is clearly admitted in Senate Report No. 93-549 that abridgment has occurred. The statements heard in the Federal and State Tribunals, on numerous occasions, that Constitutional arguments are "immaterial," "frivolous," etc., are based upon the concealment, furtherance, and compounding of the Frauds and "Emergency" created and sustained by the "Expatriated," ALIENS of the United Nations and its Organizations, Corporations, and Associations. [See: Letter, Insight Magazine, February 18, 1991, pg. 7, Lowell L. Flanders, President, U.N. Staff Union, New York] Please note that, [8 U.S.C.A. 1481] is one of the controlling Statutes on expatriation, as is [22 U.S.C.A. 611, 612, & 613] and [50 U.S.C.A. 781].

The Internal Revenue Service entered into a "service agreement" with the U.S. Treasury Department [See: Public Law 94-564; Legislative History, pg. 5967; Reorganization Plan No. 26] and the Agency for International Development, pursuant to Treasury Delegation Order No. 91. The Agency For

International Development is an International paramilitary operation [See: Department Of The Army Field Manual, (1969) FM 41-10, pgs. 1-4, Sec. 1-7(b) & 1-6, Section 1-10(7)(c)(1), 22 U.S.C.A. 284], and includes such activities as "Assumption of full or partial executive, legislative, and judicial authority over a country or area." [See: FM 41-10, pg. 1-7, Section 110(7)(c)(4)] also see, Agreement Between The United Nations And The United States Of America Regarding The Headquarters Of The United Nations, Section 7(d) & (8), 22 U.S.C.A. 287 (1979 Ed.) at pg. 241. It is to be further observed that the "Agreement" regarding the Headquarters District of the United Nations was NOT agreed to [See: Congressional Record - Senate, December 13, 1967, Mr. Thurmond], and is illegally in the Country in the first instant.

The International Organizational intents, purposes, and activities include complete control of "Public Finance" i.e. "control, supervision, and audit of indigenous fiscal resources; budget practices, taxation. expenditures of public funds, currency issues, and banking agencies and affiliates." [See: FM 41-10, pgs. 2-30 through 2-31, Section 251. Public Finance] This of course complies with "Silent Weapons For Quiet Wars" Research Technical Manual TM-SW7905.1, which discloses a declaration of war upon the American people (See: pgs. 3 & 7), monetary control by the Internationalist, through information etc., solicited and collected by the Internal Revenue Service [See: TM-S\V7905.1, pg. 48, also see, 22 U.S.C.A. 286F & Executive Order No. 10033, 26 U.S.C.A. 6103(k)(4)] and who is operating and enforcing the seditious International program. [See: TM-S\V7905.1, pg. 52] The 1985 Edition of the Department Of Army Field Manual, FM 41-10 further describes the International "Civil Affairs" operations. At page 3-6 it is admitted that the A.I.D. is autonomous and under direction of the International Development Cooperation Agency, and at pages 3-8, that the operation is "paramilitary." The International Organization(s) intents and purposes was to promote, implement, and enforce a "DICTATORSHIP OVER FINANCE IN THE UNITED STATES." [See: Senate Report No. 93-549, pg. 186]

It appears from the documentary evidence that the Internal Revenue Service Agents etc., are "Agents of a Foreign Principal" within the meaning and intent of the "Foreign Agents Registration Act of 1938." They are directed and controlled by the corporate "Governor" of "The Fund" also known as "Secretary of Treasury" [See: Public Law 94-564, supra, pg. 5942, U.S. Government Manual 1990/91, pgs. 480 & 481, 26 U.S.C.A. 7701(a)(11), Treasury Delegation Order No. 150-10, and the corporate "Governor" of "The Bank" 22 U.S.C.A. 286 and 286a, acting as "information service employees [22 U.S.C.A. 611(c)(ii)], and have been and do now "solicit, collect, disburse or dispense contribution [Tax - pecuniary contribution, Blacks Law Dictionary 5th edition], loans, money or other things of value for or in interest of such foreign principal 22 U.S.C.A. 611(c)(iii), and they entered into agreements with a Foreign Principal pursuant to Treasury Delegated Order No. 91 i.e. the "Agency For International Development." [See: 22 U.S.C.A. 611(c)(2)] The Internal Revenue Service is also an agency of the International Criminal Police Organization and solicits and collects information for 150 Foreign Powers. [See: 22 U.S.C.A. 263a, The United States Government Manual, 1990/91, pg. 385, see also, The Ron Paul Money Book, pgs. 250-251] It should be further noted that Congress has appropriated, transferred, and converted vast sums to Foreign Powers [See: 22 U.S.C.A. 262c(b)] and has entered into numerous Foreign Taxing Treaties (conventions) [See: 22 U.S.C.A. 285g, 22 U.S.C.A. 287j] and other Agreements which are solicited and collected pursuant to 26 I.R.C. 61 03(k)( 4). Along with the other documentary evidence submitted herewith, this should absolve any further doubt as to the true character of the party. Such restrictions as "For the general welfare and common defense of the United States" [See: Constitution (1787), Article 1, Section 8, Clause 1] apparently aren't applicable, and the fraudulent rehypothecated debt credit will be merely added to the insolvent nature of the continual "emergency," and the reciprocal social/economic repercussions laid upon present and future generations.

Among other reasons for lack of authority to act, such as a Foreign Agents Registration Statement, 22 U.S.C.A. 612 and 18 U.S.C.A. 219 & 951, military authority cannot be imposed into civil affairs.

[See: Department Of The Army Pamphlet 27100-70, Military Law Review, Vol. 70] The United Nations Charter, Article 2, Section 7, further prohibits the U.N. from "intervening in matters which are essentially within the domestic jurisdiction of any state ...." Korea, Viet Nam, Ethiopia, Angola, Kuwait, etc., etc., are evidence enough of the "BAD FAITH" of the United Nations and its Organizations, Corporations and Associations, not to mention the seizing of two daycare centers in the State of Minnesota by their agents, and holding the children as collateral hostages for payment/ransom of their fraudulent, dishonored, rehypothecated debt credit, worthless securities. Such is the "Rule of Law" "as envisioned by the Founders" of the United Nations. Such is Communist terrorism, despotism and tyranny. ALL WERE AND ARE OUTLAWED HERE.

   I hope this communication finds you well' and mentally strong for the occasion. It is quite apparent that the "Treasonous" and "Seditious" are brewing up a storm of untold magnitude. Bush's public address of September 11, 1991 [See: Weekly Compilation Of Presidential Documents] should further qualify what is being said here. He admitted "Interdependence" [See also: Public Law 94-564, Legislative History, pg. 5950], "One World Order" [See also: Extension Of Remarks, January 19, 1976, Marjorie S. Holt, 8 U.S.C.A. 1101(40)], affiliation and collusion with the Soviet Union Oligarchy [50 U.S.C.A. 781], direction by the U.N., 22 U.S.C.A. 611, etc.. You might also find it interesting that Treasury Delegation Order No. 92 states that the I.R.S. is trained under direction of the Division of "Human Resources" (U.N.) and the Commissioner (INTERNATIONAL), by the "Office Of Personnel Management." In the 1979 Edition of 22 U.S.C.A. 287, the United Nations, at pg. 248, you will find Executive Order No. 10422. The Office of Personnel Management is under direction of the Secretary General of the United Nations. And as stated previously, the I.R.S. is also a member in a one hundred fifty (150) Nation pact called the "International Criminal Police Organization'" found at [22 U.S.C.A. 263a]. The "Memorandum & Agreement" between the Secretary of Treasury/Corporate Governor of "The Fund" and "The Bank" and the Office of the U.S. Attorney General would indicate that the Attorney General and his associate are soliciting and collecting information for Foreign Principals. [See also, The United States Government Manual 1990/91, pg. 385, also see, The Ron Paul Money Book, supra, pgs. 250, 251]

   It is worthy of note that each and every Attorney/Representative, Judge or Officer is required to file a "Foreign Agents Registration Statement" pursuant to [22 U.S.C.A. 611(c)(I)(iv) & 612], if representing the interests of a Foreign Principal or Power. [See: 22 U.S.C.A. 613, Rabinowitz vs. Kennedy, 376 U.S. 605, 11 L.Ed.2d 940, 18 U.S.C.A. 219 & 951]

   On January 17, 1980, the President and Senate confirmed another "Constitution," namely, the "Constitution Of The United Nations Industrial Development Organization," found at Senate, Treaty Document No. 97-19, 97th Congress, 1st Session. A perusal of this Foreign Constitution should more than qualify the internationalist intents. The "Preamble," Article 1, "Objectives," and Article 2, "Functions," clearly evidences their intent to direct, control, finance and subsidize all "natural and human resources" and "agro-related as well as basic industries," through "dynamic social and economic changes" "with a view to assisting in the establishment of a new international economic order." The high flown rhetoric is obviously of "Communist" origin and intents. An unelected, unrepresentative, unaccountable oligarchy of expatriates and aliens, who fraudulently claim, in the Preamble, that they intend to establish "rational and equitable international economic relations," yet openly declared that they no longer "stabilize the value of the dollar" nor "assure the value of the coin and currency of the United States" is purely misrepresentation, deceit and fraud. [See: Public Law 95-147, 91 Stat. 1227, at pg. 1229] This was augmented by [Public Law 101-167], 103 Stat. 1195, which discloses massive appropriations of rehypothecated debt for the general welfare and common defense of other Foreign Powers, including "Communist" countries or satellites, International control of natural and human resources, etc. etc.. A "Resource" is a claim of "property" "and when related to people constitutes 'slavery'."

It is now necessary to ask, "Which Constitution they are operating under?" The "<u>Constitution For The Newstates Of The United States</u>." This effort was the subject matter of the book entitled: "<u>The Emerging Constitution</u>" by Rexford G. Tugwell, which was accomplished under the auspices of the Rockefeller tax-exempt foundation called the "Center For The Study of Democratic Institutions." The People and Citizens of the Nation were forewarned against formation of "Democracies." "Democracies have every been the spectacles of turbulence and contention; have ever been found incompatible with personal security or the rights of property; and have in general, been as short in their lives as they have been violent in their deaths." [See: <u>Federalist Papers No. 10</u>, also see, <u>The Law</u>, Fredrick Bastiat, <u>Code Of Professional Responsibility</u>, Preamble] This Alien Constitution, however, has nothing to do with democracy in reality. It is the basis of and for a despotic, tyrannical oligarch. Article I, "Rights and Responsibilities," Sections 1 and 15 evidence their knowledge of the "emergency." The Rights of expression, communication, movement, assembly, petition and Habeas Corpus are all excepted from being exercised under and in a "declared emergency." <u>The Constitution for the Newstates of America</u>, openly declares, among other seditious things and delusions that "Until each indicated change in the government shall have been completed the provisions of the existing Constitution and the organs of government shall be in effect." [See: Article XII, Section 3] "All operations of the national government shall cease as they are replaced by those authorized under this Constitution." [See: Article XII, Section 4] This is apparently what Burger was promoting in 1976, after he resigned as Supreme Court Justice and took up the promotion of a "Constitutional Convention." No trial by jury is mentioned, "JUST" compensation has been removed, along with being informed of the "Nature & Cause of the Accusation," etc., etc., and every one will of course participate in the "democracy." This Constitution is but a reiteration of the Communist Doctrines, intents and purposes, and clearly establishes a "Police Power" State, under direction and control of a self appointed oligarchy.

Apparently the present operation of the "de facto" government is under Foreign/Alien Constitutions, Laws, Rules, and Regulations. The overthrow of the "essential engine" declared in and by the ordained and established Constitution for the United States of America (1787), and by and under the "Bill of Rights" (1791) is obvious. The covert procedure used to implement and enforce these Foreign Constitutions, Laws, Procedures, Rules, Regulations, etc., has not, to my knowledge, been collected and assimilated nor presented as evidence to establish seditious collusion and conspiracy.

Fortunately, and Unfortunately, in my Land it is necessary to seek, obtain, and present EVIDENCE to sustain a conviction and/or judgment. Our patience and tolerance for those who pervert the very necessary and basic foundations of society has been pushed to insufferable levels. They have "fundamentally" changed the form and substance of the de jure Republican form of Government, exhibited a willful and wanton disregard for the Rights, Safety, and Property of others, evinced a despotic design to reduce my people to slavery, peonage and involuntary servitude, under a fraudulent, tyrannical, seditious foreign oligarchy, with intent and purpose to institute, erect and form a "Dictatorship" over the Citizens and our Posterity. They have completely debauched the de jure monetary system, destroyed the Livelihood and Lives of thousands, aided and abetted our enemies, declared War upon us and our Posterity, destroyed untold families and made homeless over 750,000 children in the middle of winter, afflicted widows and orphans, turned Sodomites lose among our young, implemented foreign laws, rules, regulations and procedures within the body of the country, incited insurrection, rebellion, sedition and anarchy within the de jure society, illegally entered our Land, taken false Oaths, entered into Seditious Foreign Constitutions, Agreements, Pacts, Confederations, and Alliances, and under pretense of "emergency," which they themselves created, promoted and furthered, formed a multitude of offices and retained those of alien allegiance to perpetuate their frauds and to eat out the substance of the good and productive people of our Land, and have arbitrarily dismissed and held mock trials for those who trespassed upon our lives, Liberties, Properties, and Families and endangered our Peace, Safety, Welfare, and Dignity. The damage, injury and costs have been higher than mere

money can repay. They have done that which they were COMMANDED NOT TO DO. The time for just correction is NOW!

Sincere consideration of "Presentment" to a Grand Jury under the ordained and established Constitution for the United States of America (1787), Amendment V is in order. Numerous High Crimes and Misdemeanors have been committed under the Constitution for the United States of America, and Laws made in Pursuance thereof, and under the Constitution for the States, and the laws made in Pursuance thereof, and against the Peace and Dignity of the People including, but not limited to, C. (Colorado) R.S. 18-11-203 which defines and prescribes punishment for "Seditious Associations" which is applicable to the other constitutions, and the intents and professed purposes of their Organizations, Corporations and Associations. If the Presentment should be obstructed by the members of the Bar, ARREST THEM.

I could go on, but the story is long! I hope this information and research is of assistance to you. Much remains to be uncovered and disclosed, as it is necessary and imperative to secure the Lives, Liberties, Property, Peace and Dignity of the People and our Posterity. Good Hunting and the Good Lord be with you in all your endeavors.

God Bless!

04/23/03

RECEIVED
IN CLERK'S OFFICE
SEP 23 2013
U.S. DISTRICT COURT
MID. DIST. TENN.

Our federal government has instructed our federal, state and local police agencies that **everyone who purports to be a SOVEREIGN should be TREATED as a TERRORIST**! They have also brainwashed the American public into believing that being a SOVEREIGN is anti-American and unpatriotic! Perhaps this is: "The POT calling the KETTLE black?"

WHAT IS SOVEREIGNTY? It is the inherent right and prerogative of a civilized people to rule itself, and to dictate all of the forms and conditions of the institutions it sets up to carry out this rule. Ironically, the U.S. SUPREME COURT agrees with those people who claim to be SOVEREIGN citizens of the American Republic!

Bond vs. UNITED STATES, 529 US 334 – 2000, The Supreme Court held that the American People are in fact Sovereign and not the States or the Government. The court went on to define that local, state and federal law enforcement officers were committing unlawful actions against the Sovereign People by the enforcement of the laws and are personally liable for their actions.

Bond v. United States, 529 US 334 – 2000 – Supreme Court – Cited by 761 litigants in other cases.
Bond v. US, 131 S. Ct. 2355 – 2011 – Supreme Court – Cited by 306 " "
Bond v. US, 1 F. 3d 631 – 1993 – Court of Appeals, 7th – Cited by 66 " "
What are the implications of this 2000, U. S. Supreme Court ruling?

1] The delegates to the first Federal Convention prohibited the use of corporations by all governments representing the American Republic. Therefore, all of these corporate governments and their corporate laws are a usurpation of the organic Constitution of the United States of America. All State Governments are now sub-corporations of the Federal Government, making all Courts and all law enforcement personnel, corporate federal agencies or employees. [See: James Madison Journal of the Federal Convention, Vol. 2, P. 722] and [Pull up your State Code on your PC and search the Code for the words "District of Columbia" and "Federal Government." You will receive about 1000 references linking your state to the federal government.]

2] The state and federal government is a corporation and therefore the Congress, State Legislatures, City Councils, Municipalities and all State and Federal Courts are corporate entities posing as Constitutional branches of government.

3] Corporations are privately owned businesses, meaning that the Corporate United States belongs to one or more private individuals, which is always governed by a Board of Directors. The Corporate United States is privately owned by a group of European Royal and Elite individuals tied to the Federal Reserve System and the letters of incorporation are recorded in the Vatican. The President of the United States is actually the CEO of the United States and the Congress and all others are

corporate employees. Everything they do is in the interest of the corporate owners! I can't access those documents because of National Security.

4] In order to promulgate and enforce Criminal Laws to govern the SOVEREIGN public, government must be SOVEREIGN too, which is an accepted RULE of LAW derived from the, Ancient Law of Kings. Corporations are not and can never be SOVEREIGN. They are not real, they are a fiction and only exist on paper.

5] Therefore, all laws created by these government corporations are private corporate regulations called public law, statutes, codes and ordinances to conceal their true nature. Do the Judge and your lawyer know about this? You bet they do!

6] Since these government bodies are not SOVEREIGN, they cannot promulgate or enforce CRIMINAL LAWS; they can only create and enforce CIVIL LAWS, which are duty bound to comply with the LAW of CONTRACTS. The Law of Contracts requires signed written agreements and complete transparency! Did you ever agree to be arrested and tried under any of their corporate statutes? For that matter, did you ever agree to contract with them by agreeing to be sued for violating their corporate regulations?

[Citations and Complaints are contracts but they lack transparency because you were never told what might happen to you if you agree to contract, and that you had a right to refuse the accommodation!]

7] Do any of Americas Courts have Jurisdiction over a SOVEREIGN? Yes ... but only by your consent to be judged by the Court. Can they compel [Summon or Subpoena] you to appear or participate in their process? No ... they can't compel you and Yes ... they can ask but you can reject the accommodation in writing and nothing can be done about it because you have refused to give the court jurisdiction over you!

8] Enforcement of these corporate statutes by local, state and federal law enforcement officers are unlawful actions being committed against the SOVEREIGN public and these officers can be held personally liable for their actions. [Bank v. U.S., 529 US 334-2000]

9] There being no Constitutional Criminal Laws or Transparency in the American Justice System, everyone arrested, convicted and sentenced to prison under these CIVIL LAWS are in prison by CONSENT and therein, all American Jails are actually DEBTORS PRISONS!

10] Most of the County and State Prisons and all of the Federal Prisons are privately owned corporate businesses for profit, which kick back to the sentencing Judges. The Bureau of Prisons Privatization Management Branch provides general oversight, for these institutions. So if you are convicted in these Courts, you can expect to serve some jail time! Now you know why America has such high prison populations!

11] Can the State Government and Courts take Custody of your children? Only with your consent, otherwise their agents and officers can be held personally liable for

their actions! Orphans are a different matter and can become wards of the Court until emancipated.

Corporate governments are a usurpation of the organic American Constitution and this corporatist onslaught in America has since its creation, been an ANTI-SOVEREIGN and TERRORIST REGIME and are in fact the real TERRORIST and TRAITORS to the American Republic.

Blessings, Judge Dale, retired

RECEIVED IN CLERK'S OFFICE
SEP 2 3 2013
U.S. DISTRICT COURT
MID. DIST. TENN.

# Bill Text: NH HB638 | 2013 | Regular Session | Introduced

inShare3

# New Hampshire House Bill 638 *(Adjourned Sine Die)*

NH State Legislature page for HB638

**Bill Title:** Recognizing the original Thirteenth Amendment to the United States Constitution. [Track Bill]

**Status:** 2013-03-20 - Laid on Table (Rep Vaillancourt): Motion Adopted Division Vote 275-64; House Journal 27, PG.890 [HB638 Detail]

**Download:** New_Hampshire-2013-HB638-Introduced.html

---

HB 638 - AS INTRODUCED

2013 SESSION

13-0796

09/01

HOUSE BILL 638

AN ACT recognizing the original Thirteenth Amendment to the United States Constitution.

SPONSORS: Rep. Tremblay, Rock 4; Rep. Baldasaro, Rock 5; Rep. Christiansen, Hills 37

COMMITTEE: State-Federal Relations and Veterans Affairs

ANALYSIS

This bill recognizes the original Thirteenth Amendment to the United States Constitution.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Explanation: Matter added to current law appears in *bold italics.*

Matter removed from current law appears [in brackets and struckthrough.]

Matter which is either (a) all new or (b) repealed and reenacted appears in regular type.

13-0796

09/01

STATE OF NEW HAMPSHIRE

*In the Year of Our Lord Two Thousand Thirteen*

AN ACT recognizing the original Thirteenth Amendment to the United States Constitution.

*Be it Enacted by the Senate and House of Representatives in General Court convened:*

1 Preamble and Statement of Intent. The general court hereby finds that:

I. In 1810, a proposed amendment to the United States Constitution, which prohibited titles of nobility and which later became known as the original Thirteenth Amendment, was introduced, passed both houses of Congress, and was sent to the states for ratification. On December 9, 1812, shortly after ratification by Virginia, New Hampshire became the thirteenth state to ratify the amendment. The amendment was therefore ratified by the requisite number of states and became Article XIII of the United States Constitution.

II. During the War Between the States, otherwise known as the Civil War, the country was under martial law, and all executive orders made by President Lincoln were, in effect, law. After the war, laws made during that period were to be abated; yet, vestiges of martial law remained and presidents continued to write executive orders.

III. The District of Columbia Organic Act of 1871, otherwise known as the Act of 1871, created a corporation in the District of Columbia called the United States of America. The act revoked prior legislation relative to the district's municipal charter and, most egregiously, led to adoption of a fraudulent constitution in which the original Thirteenth Amendment was omitted.

IV. Today, what appears to the public as the United States Constitution is not the complete document, as it was never lawfully amended to remove the Thirteenth Amendment. Instead, the document presented as the United States Constitution is merely a mission statement for the corporation unlawfully established in the Act of 1871.

V. The purpose of this act is to recognize that the original Thirteenth Amendment, which prohibits titles of nobility, is properly included in the United States Constitution and is the law of the land. The act is also intended to end the infiltration of the Bar Association and the judicial branch into the executive and legislative branches of government and the unlawful usurpation of the people's right, guaranteed by the New Hampshire constitution, to elect county attorneys who are not members of the bar. This unlawful usurpation gives the judicial branch control over all government and the people in the grand juries. As long as the original Thirteenth Amendment is concealed from the people, there shall never be justice or a legitimate constitutional form of government.

2 New Chapter; Thirteenth Amendment. Amend RSA by inserting after chapter 1-A the following new chapter:

CHAPTER 1-B

ORIGINAL THIRTEENTH AMENDMENT

1-B:1 Original Thirteenth Amendment. The following shall be recognized as the original Thirteenth Amendment to the United States Constitution:

Article XIII

If any citizen of the United States shall accept, claim, receive, or retain any title of nobility or honor, or shall, without the consent of Congress, accept and retain any present, pension, office or emolument of any kind whatever, from any Emperor, King, Prince or foreign power, such person shall cease to be a citizen of the United States, and shall be incapable of holding any office of trust or profit under them or either of them.

3 Effective Date. This act shall take effect 60