RECEIVED
IN CLERK'S OFFICE

MAR 1 0 2014

U.S. DISTRICT COURT
MID. DIST. TENN.

from:   wesley david bowden, executor
        c/o 10455 north central expressway, suite 109-245
        dallas, texas

to:     kevin h sharp, trustee
        dba Honorable Kevin H Sharp, Judge
        801 Broadway, Room 800              Registered RRR: RB 838 36 794 495
        Nashville, Tennessee 37203

re.:    tax claim against WESLEY D BOWDEN TRUST 442465457D77534459 as
        prosecuted by agents of the United States on civil action 2:12-cv-00012

### trust payment order from executor to trustee

greetings kevin h sharp:

because the one, kevin h sharp, is doing business as Judge of the United States District Court, and has the chancellor duty for settling the accounts of the federal government of the United States and its legal subdivisions, i am writing to kevin h sharp for appointing kevin h sharp to trustee for this matter, and for ordering trustee for making payment for the claim against WESLEY D BOWDEN TRUST 442465457D77534459 prosecuted on 2:12-cv-00012 and sent to in care of wesley david bowden, executor. i do not know enough about foreign code to either deny or agree with the claim; however, in my law book at matthew chapter 5 verses 25 and 26, the great אֶהְיֶה אֲשֶׁר אֶהְיֶה [i am that i am] has instructed me that when i am confronted by an agent of the adversary i am to agree with the agent swiftly, and pay whatever it is that is demanded by the agent, and then swiftly withdraw from the agent. it is for the purpose of making payment of all claims against the trust that i make this special appearance and visitation.

the one, kevin h sharp, trustee, is **ordered** for withdrawing from WESLEY D BOWDEN TRUST 442465457D77534459, all court costs for the cited action and pay costs to the court; and then withdraw from said trust pre and post judgment interest and penalties, plus one million, four hundred sixty thousand United States dollars, and pay the said funds over to the secretary of the treasury for the benefit of the government of the United States of America.

send a payment advice notification to the CIRS.

                                                                    seal and
                        Sincerely,                                  proof of life

                        wesley david bowden, executor
                        wesley david bowden, executor
                        for Wesley David Bowden decedent estate,
                        and for WESLEY D BOWDEN TRUST

March 03, 2014

Enclosures:  Form 56 for appointing kevin h sharp is the trustee for 2:12-cv-00012

**Form 56**
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

## Notice Concerning Fiduciary Relationship

(Internal Revenue Code sections 6036 and 6903)

OMB No. 1545-0013

**Part I    Identification**    *executor Appointment of trustee*

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no. |
|---|---|---|
| WESLEY D BOWDEN | 442465457D77534459 | 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 |

Address of person for whom you are acting (number, street, and room or suite no.)

10455 NORTH CENTRAL EXPRESSWAY, SUITE 109-245

City or town, state, and ZIP code (If a foreign address, see instructions.)

DALLAS, TEXAS 75231

Fiduciary's name

kevin h sharp

Address of fiduciary (number, street, and room or suite no.)

801 Broadway Street, Room 800

| City or town, state, and ZIP code | Telephone number (optional) |
|---|---|
| Nashville, Tennessee 37203 | ( 615 )    736-2364 |

### Section A.  Authority

**1**    Authority for fiduciary relationship. Check applicable box:

**a**    ☐ Court appointment of testate estate (valid will exists)

**b**    ☐ Court appointment of intestate estate (no valid will exists)

**c**    ☐ Court appointment as guardian or conservator

**d**    ☐ Valid trust instrument and amendments

**e**    ☐ Bankruptcy or assignment for the benefit or creditors

**f**    ☑ Other. Describe ▶ executor appointment of kevin h sharp to trustee for paying the judgment against the person trust

**2a**    If box 1a or 1b is checked, enter the date of death ▶

**2b**    If box 1c—1f is checked, enter the date of appointment, taking office, or assignment or transfer of assets ▶

### Section B.  Nature of Liability and Tax Notices

**3**    Type of taxes (check all that apply):  ☑ Income  ☑ Gift  ☑ Estate  ☐ Generation-skipping transfer  ☐ Employment
☐ Excise  ☐ Other (describe) ▶

**4**    Federal tax form number (check all that apply):  **a** ☐ 706 series  **b** ☑ 709  **c** ☐ 940  **d** ☐ 941, 943, 944
**e** ☑ 1040, 1040-A, or 1040-EZ  **f** ☑ 1041  **g** ☐ 1120  **h** ☐ Other (list) ▶

**5**    If your authority as a fiduciary does not cover all years or tax periods, check here . . . . . . . . . . . . . ▶ ☐
and list the specific years or periods ▶

**6**    If the fiduciary listed wants a copy of notices or other written communications (see the instructions) check this box . . . . ▶ ☐
and enter the year(s) or period(s) for the corresponding line 4 item checked. If more than 1 form entered on line 4h, enter the
form number.

**Complete only if the line 6 box is checked.**

| If this item is checked: | Enter year(s) or period(s) | If this item is checked: | Enter year(s) or period(s) |
|---|---|---|---|
| 4a | | 4b | |
| 4c | | 4d | |
| 4e | | 4f | |
| 4g | | 4h: | |
| 4h: | | 4h: | |

For Paperwork Reduction Act and Privacy Act Notice, see the separate instructions.    Cat. No. 16375I    Form **56** (Rev. 12-2011)

Form 56 (Rev. 12-2011)                                                                                    Page **2**

| Part II | **Court and Administrative Proceedings** |
|---------|------------------------------------------|

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | | | Date proceeding initiated | |
|---|---|---|---|---|
| UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF TENNESSEE, (COOKEVILLE) | | | February 14, 2012 | |
| Address of court | | | Docket number of proceeding | |
| 801 Broadway Street, Room 800 | | | 2:12-cv-00012 | |
| City or town, state, and ZIP code | Date | Time | ☐ a.m. | Place of other proceedings |
| Nashville, Tennessee 37203 | | | ☐ p.m. | |

| Part III | **Signature** |
|----------|---------------|

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

**Please Sign Here**

▶ _wesley david bowler_ executor                                   _3-3-2014_

Fiduciary's signature                     Title, if applicable                     Date

Form **56** (Rev. 12-2011)

Certificate of Service

I, wesley bowden, certify that on March 4, 2014, I sent to the foregoing to Counsel for the UNITED STATES OF AMERICA, Andrew C. Strelka, via e-mail at andrew.c.strelka@usdoj.gov.

_____
wesley  bowden, executor



wesley bundle
c/o 10435 n central expum
suit 109 - 245
Dallas texas

RECEIVED
IN CLERK'S OFFICE

MAR 10 2014

U.S. DISTRICT COURT
MID. DIST. TENN.

UNITED STATES POSTAL SERVICE®
**REGISTERED MAIL™**

RE 838 367 944 US

Label 200, August 2005          PSN 7690-03-000-9311

1000

UNITED STATES
POSTAL SERVICE

37203

U.S. POSTAGE
PAID
DALLAS, TX
75230
MAR 04, 14
AMOUNT
**$16.15**
0004 1879-09

Kevin h sharp, trustee
dba Honorable Kevin H Sharp, Judge
801 Broadway Room 800
Nashville, Tennessee 37203

